**John F. GARD, Petitioner,**

v.

**DEPARTMENT OF EDUCATION, Respondent.**

No. 2008–3358.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2009.

James L. Fuchs, Snider & Associates, LLC, of Baltimore, MD, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

LOURIE and RADER, Circuit Judges, and CLARK, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.